# Notice Recipients

District/Off: 0971−5  User: admin  Date Created: 6/11/2025
Case: 25−50799  Form ID: pdfpln  Total: 34

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Robert L. Goldstein | rgoldstein@taxexit.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Prithpal Singh | 243 Burning Tree Drive    San Jose, CA 95119 |
| intp | Hilton Grand Vacations | Attn: Portfolio Services    6355 Metrowest Blvd.    Orlando, FL 32835 |
| intp | Navicore Solutions | 200 US Highway 9    Manalapan, NJ 07726−3072 |
| cr | JPMorgan Chase Bank, National Association | c/o McCarthy & Holthus, LLP    2763 Camino Del Rio South, Suite 100    San Diego, CA 92108 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 15764030 | American Express | PO Box 981535    El Paso, TX 79998−1535 |
| 15764031 | Bank of America | PO Box 672050    Dallas, TX 75267−2050    Bank of America    PO Box 672050    Dallas, TX 75267 |
| 15764032 | Bank of America | PO Box 982235    El Paso, TX 79998 |
| 15764033 | Barclays Bank | PO Box 8802    Wilmington, DE 19899−8802 |
| 15764034 | Best Buy | PO Box 6204    Sioux Falls, SD 57117−6204 |
| 15764035 | Capital Management Services, LP | 698 1/2 South Ogden Street    Buffalo, NY 14206−2317 |
| 15764036 | Capital One | PO Box 30285    Salt Lake City, UT 84130−0285 |
| 15767878 | Capital One N.A. | by AIS InfoSource LP as agent    PO Box 71083    Charlotte, NC 28272−1083 |
| 15764037 | Chase | Mail Code LA4−6475    700 Kansas Lane    Monroe, LA 71203 |
| 15764038 | Chase | PO Box 15298    Wilmington, DE 19850−5298 |
| 15764039 | Citibank | PO Box 790034    Saint Louis, MO 63179−0034 |
| 15764040 | County of Santa Clara | Department of Tax and Corrections    110 West Tasman Drive    San Jose, CA 95134−1700 |
| 15764041 | Franchise Tax Board | Bankruptcy Section, MS: A−340    PO Box 2952    Sacramento, CA 95812−2952 |
| 15764042 | Hilton Grand Vacations | Attn: Portfolio Services    6355 Metrowest Blvd.    Orlando, FL 32835 |
| 15764043 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| 15764044 | James Allen Customer Service | 8490 Progress Drive, Suite 125    Frederick, MD 21701 |
| 15764045 | Navicore Solutions | 200 US Highway 9    Manalapan, NJ 07726−3072 |
| 15764046 | Silveira Law Offices | 2037 W. Bullard Ave #311    Fresno, CA 93711−1200 |
| 15764047 | SoFi Bank N.A. | PO Box 654158    Dallas, TX 75265−4158 |
| 15764048 | Tesla, Inc. | 3500 Deer Creek Road    Palo Alto, CA 94304 |
| 15764049 | US Bank | PO Box 6352    Fargo, ND 58125−6352 |
| 15764050 | Wells Fargo Auto Finance | 800 Walnut Street    Des Moines, IA 50309−3605 |

TOTAL: 30