# Notice Recipients

District/Off: 0971−5      User: admin      Date Created: 6/11/2025

Case: 25−50799      Form ID: 309I      Total: 34

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Prithpal Singh | 243 Burning Tree Drive  San Jose, CA 95119 |
| ust | Office of the U.S. Trustee / SJ  U.S. Federal Bldg.  280 S 1st St. #268  San Jose, CA 95113−3004 | |
| tr | Devin Derham−Burk  P.O. Box 50013  San Jose, CA 95150−0013 | |
| intp | Hilton Grand Vacations  Attn: Portfolio Services  6355 Metrowest Blvd.  Orlando, FL 32835 | |
| intp | Navicore Solutions  200 US Highway 9  Manalapan, NJ 07726−3072 | |
| cr | JPMorgan Chase Bank, National Association  c/o McCarthy & Holthus, LLP  2763 Camino Del Rio South, Suite 100  San Diego, CA 92108 | |
| aty | Jennifer C. Wong  McCarthy & Holthus LLP  2763 Camino Del Rio South, Suite 100  San Diego, CA 92108 | |
| aty | Robert L. Goldstein  Law Offices of Robert L. Goldstein  100 Bush St. #501  San Francisco, CA 94104 | |
| smg | State Board of Equalization  Attn: Special Procedures Section, MIC:55  P.O. Box 942879  Sacramento, CA 94279 | |
| smg | CA Employment Development Dept.  Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board  Attn: Special Procedures  P.O. Box 2952  Sacramento, CA 95812−2952 | |
| smg | IRS  P.O. Box 7346  Philadelphia, PA 19101−7346 | |
| 15764030 | American Express  PO Box 981535  El Paso, TX 79998−1535 | |
| 15764031 | Bank of America  PO Box 672050  Dallas, TX 75267−2050  Bank of America  PO Box 672050  Dallas, TX 75267 | |
| 15764032 | Bank of America  PO Box 982235  El Paso, TX 79998 | |
| 15764033 | Barclays Bank  PO Box 8802  Wilmington, DE 19899−8802 | |
| 15764034 | Best Buy  PO Box 6204  Sioux Falls, SD 57117−6204 | |
| 15764035 | Capital Management Services, LP  698 1/2 South Ogden Street  Buffalo, NY 14206−2317 | |
| 15764036 | Capital One  PO Box 30285  Salt Lake City, UT 84130−0285 | |
| 15767878 | Capital One N.A.  by AIS InfoSource LP as agent  PO Box 71083  Charlotte, NC 28272−1083 | |
| 15764037 | Chase  Mail Code LA4−6475  700 Kansas Lane  Monroe, LA 71203 | |
| 15764038 | Chase  PO Box 15298  Wilmington, DE 19850−5298 | |
| 15764039 | Citibank  PO Box 790034  Saint Louis, MO 63179−0034 | |
| 15764040 | County of Santa Clara  Department of Tax and Corrections  110 West Tasman Drive  San Jose, CA 95134−1700 | |
| 15764041 | Franchise Tax Board  Bankruptcy Section, MS: A−340  PO Box 2952  Sacramento, CA 95812−2952 | |
| 15764042 | Hilton Grand Vacations  Attn: Portfolio Services  6355 Metrowest Blvd.  Orlando, FL 32835 | |
| 15764043 | Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101−7346 | |
| 15764044 | James Allen Customer Service  8490 Progress Drive, Suite 125  Frederick, MD 21701 | |
| 15764045 | Navicore Solutions  200 US Highway 9  Manalapan, NJ 07726−3072 | |
| 15764046 | Silveira Law Offices  2037 W. Bullard Ave #311  Fresno, CA 93711−1200 | |
| 15764047 | SoFi Bank N.A.  PO Box 654158  Dallas, TX 75265−4158 | |
| 15764048 | Tesla, Inc.  3500 Deer Creek Road  Palo Alto, CA 94304 | |
| 15764049 | US Bank  PO Box 6352  Fargo, ND 58125−6352 | |
| 15764050 | Wells Fargo Auto Finance  800 Walnut Street  Des Moines, IA 50309−3605 | |

TOTAL: 34