DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| PRITHPAL SINGH | ) | Case No. 25-50799 SLJ |
| | ) | |
| | ) | **WITHDRAWAL OF TRUSTEE'S** |
| | ) | **OBJECTION TO CONFIRMATION** |
| | ) | **OF CHAPTER 13 PLAN WITH** |
| Debtor | ) | **CERTIFICATE OF SERVICE** |

DEVIN DERHAM-BURK in the above entitled matter hereby withdraws her Objection to

Confirmation filed on March 09, 2026 [ Doc. #66].

Debtor has resolved the Trustee's concerns, therefore, the objection is withdrawn.

Dated: May 15, 2026                    /s/  DEVIN DERHAM-BURK

                                       Chapter 13 Standing Trustee

25-50799 SLJ - Withdrawal of Objection to Conf with COS

## CERTIFICATE OF SERVICE BY MAIL

I am not less than 18 years of age and not a party to the within case. I am employed with the Office of Devin Derham-Burk, Chapter 13 Standing Trustee, and am familiar with the office's processing of mail for deposit with the United State Postal Service. Mail placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee, Campbell, California 95008 is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 15, 2026 I placed a true and accurate photocopy of the Withdrawal of Trustee's Objection to Confirmation in the Trustee's internal mail collection system for service via the United States Postal Service that same day. The documents were in a sealed envelope, postage prepaid and addressed as follows:

PRITHPAL SINGH
243 BURNING TREE DR
SAN JOSE, CA 95119

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this certification was executed on May 15, 2026 in Campbell, California.

Dated: May 15, 2026                      /s/ Clotilde Costa
                                         Office of DEVIN DERHAM-BURK
                                         Chapter 13 Standing Trustee

25-50799 SLJ - Withdrawal of Objection to Conf with COS